### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | NO. 3:02CV661 (RNC) |
| VS. | : | |
| MARCUS CAMBY | : | May 14, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Jared Cohane, hereby moves to withdraw his appearance as counsel for Wesley S. Spears on the basis that the undersigned tendered his resignation to Eisenberg, Anderson, Michalik & Lynch, LLP, and is no longer employed by Eisenberg, Anderson, Michalik & Lynch, LLP.

    1.    Jared Cohane has filed his appearance in this matter on behalf of the plaintiff, Wesley S. Spears, when he was an associate at Eisenberg, Anderson, Michalik & Lynch, LLP.

    2.    Attorney David K. Jaffe of Eisenberg, Anderson Michalik & Lynch, LLP is the lead attorney on Mr. Spears' case, and continues to represent Mr. Spears.

JC/0/0/673813v1
05/14/04-HRT/

3. Jared Cohane is currently employed by the law firm of Pepe & Hazard, LLP, and Mr. Spears file remained with Attorney Jaffe and Eisenberg, Anderson, Michalik & Lynch, LLP.

4. The undersigned has mailed a copy of this motion via certified mail to Attorney Spear's current business address. Mr. Spears will continue to be represented by David K. Jaffe of Eisenberg, Anderson, Michalik & Lynch.

**WHEREFORE**, for all the foregoing reasons, the plaintiff requests that Attorney Jared Cohane be permitted to withdraw his appearance herein.

> PLAINTIFF, WESLEY S. SPEARS
>
> By_____
> Jared Cohane, of
> Pepe & Hazard LLP
> Fed. Bar No. ct 24264
> 225 Asylum St., Goodwin Square
> Hartford, CT 06103
> Tel. No. (860) 241-2680
> Fax No. (860) 522-2796
> E-mail: jcohane@pepehazard.com

JC/0/0/673813v1
05/14/04-HRT/

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing motion was mailed, via first class mail to the following counsel of record on this 14th day of May, 2004,:

David K. Jaffe, Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
PO Box 2950
136 West Main Street
New Britain, CT 06050-2950

Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

The undersigned further certifies that a copy of the foregoing was mailed, certified mail, return receipt requested to:

**Via Certified Mail**
Wesley S. Spears,
Law Offices
53 Russ Street
Hartford, CT 06106

Jared Cohane
Fed. Bar. Ct#24264

JC/0/0/673813v1
05/14/04-HRT/