FILED

2004 MAY 14 A 10: 13

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | NO. 3:02CV661 (RNC) |
| VS. | : | |
| MARCUS CAMBY | : | May 14, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Jared Cohane, hereby moves to withdraw his appearance as counsel for Wesley S. Spears on the basis that the undersigned tendered his resignation to Eisenberg, Anderson, Michalik & Lynch, LLP, and is no longer employed by Eisenberg, Anderson, Michalik & Lynch, LLP.

1.  Jared Cohane has filed his appearance in this matter on behalf of the plaintiff, Wesley S. Spears, when he was an associate at Eisenberg, Anderson, Michalik & Lynch, LLP.

2.  Attorney David K. Jaffe of Eisenberg, Anderson Michalik & Lynch, LLP is the lead attorney on Mr. Spears' case, and continues to represent Mr. Spears.

*[Handwritten margin notes: "GRANTED. So ordered. 5/18/04" and "USDJ"]*

JC/0/0/67380
05/14/04-HRT

FILED
2004 MAY 18 D 2: 20
U.S. DISTRICT COURT
HARTFORD, CT.