FILED

2004 NOV 12 A 10: 49

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * *
                                  *

WESLEY S. SPEARS      *
                 Plaintiff    *    CIVIL ACTION NO. 3:02CV661 (RNC)
                              *
VS.                             *
                              *    NOVEMBER 12, 2004
MARCUS CAMBY       *
                 Defendant  *
                              *
* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXTEND CASE MANAGEMENT DEADLINES

The plaintiff hereby requests that the below listed dates be adopted as reasonable and appropriate extensions of the case management deadlines to serve the purposes of Fed. R. Civ. P.1. The Order Regarding Case Management Plan dated July 10, 2002, which sets forth the original scheduling deadlines, states, "All dates set forth in this order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that despite due diligence, the party seeking the extension could not comply this order." All counsel of record are in agreement that good cause exists for extensions of certain deadlines in this case as requested herein. The defendant, Marcus Camby, is an NBA basketball player that resides in Denver, Colorado, where he has played professional basketball for the past two

seasons. It has been very difficult for the parties to schedule the deposition of the defendant, Marcus Camby, during the previous summer and during the NBA basketball season. However, during the upcoming summer, which is off season, the parties understand that the defendant, Marcus Camby, should be available to attend a deposition in Connecticut, his home town.

Extensive discovery has been exchanged between the parties. Although the plaintiff would have liked to have taken Mr. Camby's deposition first, depositions of other witnesses have been noticed appropriately. Therefore, there has been due diligence on the part of all counsel to comply with the original case management deadlines. However, notwithstanding the plaintiff's efforts, it has been essentially impossible to depose the defendant, Marcus Camby, because of the defendant's location and career as an NBA basketball player as referenced above. All parties recognize that the circumstances of this case are unique. Opposing counsel has been contacted and consents to this motion. All parties have made good faith efforts to meet the previous deadlines and plan to cooperate to meet all future dates set by the Court. The plaintiff respectfully requests this Court, under the circumstances, to grant the following extensions to the Case Management Plan:

1. **Discovery Deadline**: All written discovery, including all discovery relating to expert witnesses shall be completed by March 31, 2005.

2. **Disclosure of Expert Witness**: All expert witnesses shall be disclosed by December 31, 2004.

3. **Discovery Relating to Expert Witnesses**: All expert witness reports containing the information required to be disclosed by Fed. R. Civ. P. 26 (a) (2) (B) shall be disclosed by the plaintiff by February 29, 2005.

4. **Depositions**: All depositions shall be completed by July 30, 2005.

5. **Joint Trial Memorandum**: A joint trial memorandum shall be filed on or before August 30, 2005.

6. **Trial Ready List**: The case will be placed on the trial ready list for September 30, 2005.

7. **Dispositive Motions**: No dispositive motions will be filed unless a prefiling conference is requested following the proper court procedures set forth in the original Order Regarding Case Management Plan.

Dated at New Britain, Connecticut, this 12th day of November, 2004.


PLAINTIFF, WESLEY S. SPEARS

BY: _____
David K. Jaffe
Fed. Bar #ct04640
Eisenberg, Anderson, Michalik & Lynch LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Telephone: (860) 225-8403
E-mail:davidjaffe@eaml.com

## ORDER

The foregoing Motion, having been heard by the Court, it is hereby ORDERED:
GRANTED/DENIED

<div style="text-align:right">

BY THE COURT

_____
Judge/Clerk

</div>

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, certified mail, return receipt requested, this 12th day of November 2004, to the following:

Patrick M. Noonan (ct00189)
Brock T. Dubin (ct18777)
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

Wesley S. Spears, Esq.
53 Russ St.
Hartford, CT 06106

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis St.
Hartford, CT 06103

and by regular mail, postage prepaid, to:

Niziankiewicz & Miller
972 Tolland Street
East Hartford, CT 06108-1533

David K. Jaffe
Fed. Bar #ct04640