UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MARCUS CAMBY | : | NOVEMBER 18, 2004 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

Defendant has no objection to extending the case management deadlines as proposed by plaintiff's November 12, 2004 motion.  However, defendant takes issue with the statement on page 2 of plaintiff's motion to the affect that the defendant "should be available to attend a deposition in Connecticut, his hometown" during the summer of 2005.  Although Mr. Camby indeed grew up in Connecticut, he has not lived in Connecticut since he began playing professional basketball.  His home is now in Denver, Colorado.  Accordingly, it is anticipated that the deposition of Mr. Camby will take place in Denver.  Defendant agrees that it will be much easier to schedule this deposition during the off season.

                                     THE DEFENDANT
                                     MARCUS CAMBY
                              By:_____
                                     Patrick M. Noonan (ct00189)
                                     Brock T. Dubin (ct18777)
                                     Donahue, Durham & Noonan, P.C.
                                     741 Boston Post Road
                                     Guilford, CT 06437
                                     (203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David Jaffe, Esquire
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT 06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

 

                                                         _____
                                                         Patrick M. Noonan