UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MARCUS CAMBY | : | DECEMBER 23, 2004 |

### MOTION TO AMEND SCHEDULING ORDER

Defendant Marcus Camby hereby moves to amend the scheduling order in the following respects: (1) By establishing a trial date of July 18, 2005 and amending the time for compliance with Trial Preparation Order accordingly, and (2) By extending the time for filing dispositive motions to March 15, 2005.

There are three reasons for the request to postpone the commencement of trial. First, the defendant Marcus Camby is a professional basketball player and the starting center for the Denver Nuggets. As such, he travels the country playing professional basketball games several times each week. However, none of those games are played in the State of Connecticut. It is anticipated that this trial will take three to four days, and it would be a hardship to Mr. Camby and to his team if he were not permitted to play two or three games, which he would likely miss if this trial were held during the professional basketball season.

Second, both plaintiff's and defendant's counsel have pre-existing trial commitments during the month of March which will conflict with the scheduled March trial date in this matter. Plaintiff's counsel is scheduled to try a four week civil rights case before Judge Nevas in March, which may extend into April. This will be followed by another lengthy civil rights case in state court, jury selection to commence on April 18, 2005. Defendant's counsel has three trials scheduled during the month of March, 2005, starting March 1, March 14 and March 29. Those trials will consume the month of March and the first half of April.

Third, the presently scheduled trial date of March 8, 2005 will not provide the parties with sufficient time to prepare dispositive motions, in light of the discovery cut-off of January 31, 2005. It typically takes two to three weeks to receive transcripts from depositions, and the parties will require another thirty days for preparation of a dispositive motion and brief. Accordingly, in addition to requesting a postponement of the trial date, defendant is also requesting that the date for filing the dispositive motions be extended from January 14, 2005 to March 15, 2005.

Plaintiff's counsel has indicated that he supports the granting of this motion.

                          THE DEFENDANT
                          MARCUS CAMBY

                          By:_____
                              Patrick M. Noonan (ct00189)
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              (203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David Jaffe, Esquire
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT  06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Patrick M. Noonan