UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MARCUS CAMBY | : | JANUARY 7, 2005 |

## MOTION TO AMEND ANSWER AND SPECIAL DEFENSES

Defendant Marcus Camby hereby moves to amend his Answer and Special Defenses by adding a Fifth Special Defense of unconscionability, in accordance with the Amended Answer and Special Defenses being filed simultaneously with this motion. The basis for this motion is that during the deposition of the plaintiff on December 30, 2004, the plaintiff revealed that his contract with Mr. Camby, entered into at a time when Mr. Camby was still a college student, called for Mr. Camby to pay the plaintiff four percent of his salary for the entirety of Mr. Camby's professional basketball career, as well as twenty five percent of all endorsement income. The plaintiff testified that his agreement was that he would be entitled to receive this compensation, which he recognized could run into millions of dollars, in exchange for services he was to provide to Mr. Camby for a six month time period. In light of this testimony, defendant seeks to amend his answer by adding a Special Defense of unconscionability.

                                           THE DEFENDANT
                                           MARCUS CAMBY

                               By:_____
                                  Patrick M. Noonan (ct00189)
                                  Brock T. Dubin (ct18777)
                                  Donahue, Durham & Noonan, P.C.
                                  741 Boston Post Road
                                  Guilford, CT 06437
                                  (203) 458-9168

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT  06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

                                               _____
                                             Patrick M. Noonan