FILED

2005 JAN 26  A 9: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESLEY S. SPEARS          :        CIVIL NO. 3:02CV661 (RNC)

VS.                       :

MARCUS CAMBY              :        JANUARY 7, 2005

## AMENDED ANSWER AND SPECIAL DEFENSES

Defendant Marcus Camby hereby responds to plaintiff's complaint, dated January 7, 2002, as follows:

### ANSWER

1-2. Defendant admits that there is complete diversity of citizenship, but denies that there is realistically an amount in controversy exceeding $75,000.

3-4. Defendant admits the allegations contained in paragraphs 3 and 4.

5. Defendant denies the allegations contained in paragraph 5.

6. Defendant admits the allegation that the plaintiff met with him at some point in time, but denies knowledge or information as to the date of such meeting.

7-10. Defendant denies the allegations contained in paragraphs 7 through 10.

11-12. Defendant denies knowledge or information as to the truth of the allegations contained in paragraphs 11 and 12, except to deny any implication that whatever actions were undertaken by the plaintiff were done so as a result of any contract existing between the plaintiff and the defendant.

13. Defendant denies the allegations contained in paragraph 13.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK          •          741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:   (203) 458-9168     •     FAX:   (203) 458-4424
JURIS NO. 415438

14. Defendant denies knowledge or information as to the plaintiff's activities, but denies the implication that whatever actions were taken by the plaintiff were carried out because of any agreement between the plaintiff and the defendant.

### FIRST SPECIAL DEFENSE

The plaintiff's claim is barred by the statute of limitations.

### SECOND SPECIAL DEFENSE

The alleged contract is unenforceable because it is illegal and contrary to public policy.

### THIRD SPECIAL DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

### FOURTH SPECIAL DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### FIFTH SPECIAL DEFENSE

The terms of the contract alleged by the plaintiff are unconscionable and unenforceable.

THE DEFENDANT
MARCUS CAMBY

By: _____
Patrick M. Noonan (ct00189)
Brock T. Dubin (ct18777)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT 06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Patrick M. Noonan