UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 11 P 3: 20
U.S. DISTRICT COURT
HARTFORD, CT.

WESLEY SPEARS,                :

    Plaintiff,          :

v.                            :        CASE NO.  3:02CV661(RNC)

MARCUS CAMBY,                 :

    Defendant.          :

ORDER AND NOTICE

Pursuant to the parties' scheduling order (doc. #45), a joint status report was to be filed by January 21, 2005. It is hereby order that the plaintiff file and serve the report on or before **February 18, 2005.**

The court shall hear oral argument on the plaintiff's motion to compel (doc. #48) on **March 1, 2005** at 9:30 a.m. at the United States District Court, East Courtroom, 450 Main Street Hartford Connecticut.

SO ORDERED at Hartford, Connecticut this 11th day of February, 2005.

Donna F. Martinez
United States Magistrate Judge