02CV661ORef

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 15 P 12: 15
U.S. DISTRICT COURT
HARTFORD, CT.

WESLEY S. SPEARS,

    Plaintiff,

v.

MARCUS CAMBY,

    Defendant.

CASE NO. 3:02CV661 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

\_\_\_ To supervise discovery and resolve discovery disputes;

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

\_\_\_ To conduct settlement conferences;

_X_ To conduct a prefiling conference;

\_\_\_ To assist the parties in preparing a joint trial memorandum;

\_\_\_ A ruling on the following pending motions:

_____
_____

So ordered.

Dated at Hartford, Connecticut this 15 day of February 2005.

                           Robert N. Chatigny
                         United States District Judge