UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MARCUS CAMBY | : | JANUARY 28, 2005 |

## STIPULATED CONFIDENTIALITY AGREEMENT

It is hereby stipulated that any and all information relating to the defendant's income is confidential. Plaintiff and plaintiff's counsel agree not to utilize this information for any purpose other than as necessary in the prosecution of this lawsuit. They further agree that at the conclusion of the lawsuit, they will return to defense counsel any documents which relate to defendant's income.

THE PLAINTIFF
WESLEY SPEARS

By _____
David Jaffe, Esquire

THE DEFENDANT
MARCUS CAMBY

By: _____
Patrick M. Noonan

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK     •     741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:   (203) 458-9168     •     FAX:   (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
Brown, Paindiris & Scott
100 Pearl Street, 11th Floor
Hartford, CT 06103

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT 06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Patrick M. Noonan