UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| MARCUS CAMBY | : | APRIL 1, 2005 |

## MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying memorandum, defendant Marcus Camby hereby

moves that summary judgment be granted in his favor.

THE DEFENDANT
MARCUS CAMBY

By:_____
      Patrick M. Noonan (ct00189)
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
Brown, Paindiris & Scott
100 Pearl Street, 11th Floor
Hartford, CT 06103

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT  06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103


_____
Patrick M. Noonan