STATE OF CONNECTICUT
DIVISION OF CRIMINAL JUSTICE

STATEMENT

---

I MARCUS CAMBY do hereby give the following statement of my own free will, without any threats or promises having been made to me. I was born in Hartford on March 22, 1974. I grew up in Hartford and attended local schools, graduating from Hartford High in 1993. In the fall of 1993 started attending UMASS on a basketball scholarship. I currently reside in Hartford with my mother, Janice Camby.

The first time I ever met Wesley Spears was in December of 1995 when my best friend Tamia Murray brought him to my dorm at UMASS. Before that I knew that Spears was a Hartford attorney and had represented Tamia in the past. Tamia had beeped me and told me he was coming up with Wes to talk to me. About eight or nine pm they showed up at my dorm and had a woman with them. They introduced me to the woman whose name I have forgotten. Tamia said the woman wanted to meet me. She was about 20 or 21 years old, looked Hispanic. They signed in at my dorm and we all went up to my room. Once inside the room they left me with the girl who Tamia said "wanted to meet me". She began to give me a massage and then she stripped down. We then had intercourse. While we were having intercourse Tamia and Wes were waiting outside in the hallway. When I finished with the girl everyone came back into the room. About forty-five minutes later Wes left the room again and another UMASS student, Charlton Clark who was a fellow team mate and Tamia took turns with the girl having oral sex and intercourse. Later when they were leaving a wrecker was about to tow a car away from in front of the dorm. The car was a rental which I had been using for the past few days. I was under the impression that Boris Wray another good friend had rented that car for my use. Wesley Spears paid the wrecker operator to release the car and then Tamia drove the car back to Connecticut.

After that visit I noticed Spears was present at a few of my basketball games but I never had any conversations with him at those times. Sometimes he would be with Boris Wray and Tamia Murray and other times he seemed to be alone.

During December around Christmas time Boris and Tamia gave me a gold chain with a pendant on it. It was given as a Christmas gift and I thought they had paid for it themselves.

Sometime in the beginning of February I was home for a weekend or a school break and I went over to Spears West Hartford home with Tamia. When we got to the house Tamia opened the garage door with a pass code and we went inside.

We talked with Spears who indicated he would be interested in becoming my agent. He told me that he was just about to become and agent or had just become one. I felt uncomfortable in his home talking with him about representation. We didn't stay too long.

In March Boris and Tamia came to Atlanta to see me play. They stayed in the Marriot and I saw Wes in their room when he came to visit. He talked about the games but didn't stay with us. I was at this time that I began to realize that Wes was paying my friends way. While we were in Atlanta we went on a shopping spree and bought sneakers and clothes. Boris and Tamia were paying for everything with cash and Boris' credit card. They told me that Wes was paying for everything.

Also in March around the time of my birthday Tamia gave me another gold chain to go with my pendant. When I received this second gold chain I realized it really came from Spears and was part of the hustle that Tamia and Boris were running on Spears.

During this time when ever I came home from school I had access to a rental car which I believed was being paid for by Boris as he had a credit card. I visited Spears home a total of ten to twelve times with Tamia. We would go over and chill. Watch television and just talk. Wes would bring up his desire to become my agent but I was always careful to let him know I hadn't made up my mind as to what I planned to do. I never ever indicated I would sign with him when the time came.

On four or five of these visits Wes would have women at the house. I believe these were prostitutes. Each time Tamia would go up to the bedroom and have sex with them and Wes would encourage me to "go up and have some fun". I declined each time except once. On this particular time, I think it was in the end of March we went to Spears house. When we entered we met Wes in the recreation room. He was with a girl who was wearing a bra and a G-string. She was a tall, light skinned girl with long hair. Wes introduced us to her but I don't remember her name. I do recall she said she was a stripper from Springfield. After a while Tamia brought her upstairs to the bedroom to have sex with her. I went up about five minutes later and joined in. She gave me oral sex while Tamia had vaginal sex with her. When we were done she laid in bed and began playing with herself using a dildo. Wes then came into the room and took some polaroid pictures. Tamia and I are in some of those pictures with the girl. During these visits Wes would manage to bring up his desire to be my agent. As time went on he would bring it up more and more. I always put him off by telling him I wasn't even sure if I was coming out, turning professional.

In April I went to a clothing store in West Hartford with Tamia. I needed a suit to wear to an awards banquet. Tamia told me that Wes had gotten him and Boris clothes here before. Tamia had a jacket which Wes had gotten for me but hadn't fit. When we got there the tailor measured me for

alterations and I also picked out some slacks and a shirt. I didn't see Wes while I was there but I realized he was picking up the tab for the clothes.

Sometime around the first week of May, before I signed with ProServ, Tamia and I were over at Spears' house just chilling. Wes asked me if I needed any money and I told him I always needed money. He reached in his jacket and pulled out some cash which he handed to me. At first I declined his offer but at his insistence I ended up taking the money. When we left I counted it and it was one thousand dollars. I split the money with Tamia. Again during this visit Wes reminded me of his desire to represent him and I again told him I didn't know what I was going to do or who I would sign with.

Sometime around the middle of May I did sign with ProServ but the signing was not made public right away.

Around the end of May Spears beeped Tamia and asked him to come over with me. We got to the house and Spears again began to talk about representing me. I told him I hadn't made up my mind on what I planned to do. While we were there we told Wes that we needed two stereos that we had seen at the Wiz Store. I knew we were just scamming Spears at that time cause I had already signed with ProServe, but we decided to take him for one last time. Spears told us he would get the stereos and call us back.

Three days later Spears beeped us again and told Tamia he had the stereos and to come over and get them. Tamia and I drove over and walked in. When we got inside we saw Wes and another person, Todd Glasco. I have known Glasco for the past three or four years, having played ball on his church league. He also went to a lot of my games with my mother. I was surprised to see him there because I didn't even know he knew Spears. We sat down in the recreation room and Wes started talking. He said "I heard I've been getting played. I've been taking care of you guys and I don't think this is fair. If you don't sign with me right now I am going to the press, Hard Copy and the Inquirer. I am going to get my million one way or another. I want 4% and 25% of endorsements." Spears seemed real steamed and his voice was raised. He had a folder on the table in front of him with papers and pointed to it when he talked about signing. Tamia and I said nothing during this we just sat and listened to him. After Spears finished talking, Glasco said he had to call his wife. He went upstairs and then returned a couple of minutes later. Tamia then asked to use the phone and he beeped Boris Wray and told him to get right over to Spears.

About fifteen minutes later Boris and Herdel Christie showed up. Tamia told Spears to repeat what he had said so Boris could hear it. Spears again repeated his threats about going to the press, Hard Copy and the Inquirer. When he was done Boris got up and told Spears. "I was on your side till now Wes, but this is messed up. It shouldn't go like that. I can't believe you would do something like

that, take it to that level." Wes then got like real emotional and told us all to leave. He also told Tamia to leave his rental car out in front. During this entire conversation Wesley never mentioned bringing a law suit or taking us to court.

I have read (or have read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his duty or function I will be in violation of C.G.S.
Sec. 53a-57 False Statement.

WITNESSED _____ SIGNATURE _____

Sworn and subscribed before me this the 24th day of
June, 1996

SIGNED _____