UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY -5  A 11: 05

DISTRICT COURT

WESLEY S. SPEARS  :  CIVIL NO. 3:02CV661 (RNC)

VS.  :

MARCUS CAMBY  :  May 4, 2005

## MOTION FOR EXTENSION OF TIME

The defendant, Marcus Camby, hereby moves for an extension of time of an additional ten (10) days, up to and including May 19, 2005, to complete and submit his reply to the plaintiff's Opposition to the Defendant's Motion for Summary Judgment dated April 1, 2005. The reply brief is substantially complete, however, the additional time is necessary to finalize the reply brief.

The undersigned further represents that counsel for the plaintiff, on May 4, 2005, consented to the above extension of time. The undersigned represents that this is the first request for an extension of time.

THE DEFENDANT
MARCUS CAMBY

By: _____
Patrick M. Noonan (ct00189)
Brock T. Dubin (ct18777)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
Brown, Paindiris & Scott
100 Pearl Street, 11th Floor
Hartford, CT 06103

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT 06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Patrick M. Noonan