02CV221
mtNext

FILED
2005 MAY -5 A 11: 05
DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661(RNC) |
| VS. | : | |
| MARCUS CAMBY | : | May 4, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant, Marcus Camby, hereby moves for an extension of time of an additional ten (10) days, up to and including May 19, 2005, to complete and submit his reply to the plaintiff's Opposition to the Defendant's Motion for Summary Judgment dated April 1, 2005. The reply brief is substantially complete, however, the additional time is necessary to finalize the reply brief.

The undersigned further represents that counsel for the plaintiff, on May 4, 2005, consented to the above extension of time. The undersigned represents that this is the first request for an extension of time.

May 5, 2005. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

FILED 2005 MAY -6 A 10:09 DISTRICT COURT HARTFORD, CT

THE DEFENDANT
MARCUS CAMBY

By: _____
Patrick M. Noonan (ct00189)
Brock T. Dubin (ct18777)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438