UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661 (RNC) |
| VS. | : | |
| MARCUS CAMBY | : | MAY 18, 2005 |

### DEFENDANT'S LOCAL RULE 56(a)(1) STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

It is submitted that the following facts are undisputed:

1. At the time the plaintiff claims to have entered into a contract with the defendant, the defendant was a college basketball player in his junior year at the University of Massachusetts.

2. The plaintiff claims that he entered into a contract in which he expended approximately $75,000 on gifts for the plaintiff and plaintiff's friends over a period of six months, in exchange for which the plaintiff claims that he is now entitled to collect four percent of Mr. Camby's lifetime earnings as a professional basketball player.

3. The plaintiff claims that the amount to which he will be entitled under the alleged contract is approximately $4 million.

4. The plaintiff provided no legal services to Mr. Camby.

5. The plaintiff did not negotiate any contracts as an agent for Mr. Camby.

6. At the time the alleged contract was entered into, the Constitution and Bylaws of the NCAA prohibited a college athlete from agreeing to be represented by an agent.

7.      At the time the alleged contract was entered into, the NCAA Constitution and Bylaws prohibited a college athlete from accepting any benefits from any person who wished to represent the athlete as an agent.

8.      At the time the alleged contract was entered into, Connecticut placed a limit of twelve percent per year interest on loans.

9.      The plaintiff's return on his alleged $75,000 expenditure will be 530% in the event that he collects the $4 million he alleges that he is owed.

                                        THE DEFENDANT
                                        MARCUS CAMBY


                                By:_____
                                    Patrick M. Noonan (ct00189)
                                    Brock T. Dubin (ct18777)
                                    Donahue, Durham & Noonan, P.C.
                                    741 Boston Post Road
                                    Guilford, CT 06437
                                    (203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David K. Jaffe, Esq.
Brown, Paindiris & Scott
100 Pearl Street, 11th Floor
Hartford, CT 06103

Wesley S. Spears, Esq.
Attorney and Counselor at Law
53 Russ Street
Hartford, CT  06106

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
Patrick M. Noonan