UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | CIVIL NO. 3:02CV661(RNC) |
| VS. | : | |
| MARCUS CAMBY | : | MAY 27, 2005 |

**MOTION FOR EXTENSION OF TIME
TO FILE SUR REPLY BRIEF**

The Plaintiff, Kendra Smith, requests until Friday, June 10, 2005 to file a sur reply brief in the above-captioned matter and represents as follows:

1. The Defendant's Reply Brief was dated May 18, 2005 and filed on May 20, 2005.

2. It did not include a Fed. R. Civ. P. 56(a)(1) statement.

3. Due to pressing scheduling demands, unless the Court denies the Defendant's Motion for Summary Judgment, for lack of a Rule 56(a)(1) statement, the Plaintiff needs more time than ten days to file his corresponding Fed. R. Civ. P. 56(a)(2) statement; he also intends to file a short accompanying sur reply brief, as well.

4. Defense counsel, which whom the undersigned conferred by telephone, has no objection to the Court's granting the Plaintiff more time to file an additional brief, although he reserves the right to object to Plaintiff's right to file such a brief in the first instance.

**WHEREFORE**, the Plaintiff, Wesley S. Spears, requests until Friday, June 10, 2005 to file a sur reply brief in the above-captioned matter.

                THE PLAINTIFF,
                WESLEY SPEARS

By:_____
    David K. Jaffe, Esq. (Fed. Bar #ct04640)
    Brown Paindiris & Scott, LLP
    100 Pearl Street
    Hartford, CT 06103
    Tel: (860) 522-3343
    Fax: (860) 522-2490
    Email: djaffe@bpslawyers.com

**ORDER**

The foregoing Motion having been heard by the Court it is hereby GRANTED / DENIED.

BY THE COURT

_____
                Judge/Clerk

2

**CERTIFICATION**

I certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of May, 2005, to the following:

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

A. Paul Spinella
Spinella & Associates
One Lewis Street
Hartford, CT 06103

_____
David K. Jaffe