UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WESLEY S. SPEARS                :    CIVIL NO. 3:02CV661(RNC)

vs.                             :

MARCUS CAMBY                    :    MAY 27, 2005

## MOTION FOR EXTENSION OF TIME
## TO FILE SUR REPLY BRIEF

The Plaintiff, Kendra Smith, requests until Friday, June 10, 2005 to file a sur reply brief in the above-captioned matter and represents as follows:

1.  The Defendant's Reply Brief was dated May 18, 2005 and filed on May 20, 2005.

2.  It did not include a Fed. R. Civ. P. 56(a)(1) statement.

3.  Due to pressing scheduling demands, unless the Court denies the Defendant's Motion for Summary Judgment, for lack of a Rule 56(a)(1) statement, the Plaintiff needs more time than ten days to file his corresponding Fed. R. Civ. P. 56(a)(2) statement; he also intends to file a short accompanying sur reply brief, as well.

4.  Defense counsel, which whom the undersigned conferred by telephone, has no objection to the Court's granting the Plaintiff more time to file an additional brief, although he reserves the right to object to Plaintiff's right to file such a brief in the first instance.

---

[Handwritten margin annotation:]

May 31, 2005. Granted in part. Any proposed sur reply must be attached to a motion for permission to file a sur reply on or before June 10, 2005. So ordered.

Robert N. Chatigny, U.S.D.J.

June 1