# EXHIBIT A

```
 1        A    When I hired ProServ?

 2        Q.   Okay. Let's start with that. When you hired

 3   ProServ, at that point in time you knew you were going

 4   pro. Right?

 5        A    When I signed, yes. When I hired them, of

 6   course.

 7        Q    But at the time that in your mind you decided

 8   that's who I want to hire as an agent, had you at that

 9   point decided that you were going pro?

10        A    Yes.

11        Q    So let me now just ask you about this. Now,

12   we've already talked about the fact that you did take

13   some gifts and cash from Attorney Lounsbury at some

14   point in time. Right?

15        A    Attorney Lounsbury?

16        Q    I'm sorry. Not attorney. From John

17   Lounsbury, right, at some point in time?

18        A    Yes.

19        Q    And the gifts started as early as spring of

20   1995. Correct?

21        A    Yes.

22        Q    And he provided you, for example, with a

23   beeper if you needed to reach him, Lounsbury?

24        A    Yes.

25        Q    And you talked to him pretty much two or
```

```
 1   three times per week?
 2       A    We talked frequently.
 3       Q    Could it have been as much as two or three
 4   times per week?
 5       A    Probably that or more.
 6       Q    And I think you've publicly admitted to
 7   taking a couple thousand dollars in cash from him in
 8   the spring of nine -- a couple thousand dollars in cash
 9   from him in the spring of '96.  Right?
10       A    Yes.
11       Q    I'm sorry, spring of '95?  In other words,
12   when you first -- right?
13               MR. NOONAN:  Do you want to repeat the
14           question.
15   BY MR. JAFFE:
16       Q    I think you've publicly admitted that in the
17   spring of '95 you took a couple thousand dollars in
18   cash from him.  Is that right?
19       A    Yes.
20       Q    And it's also fair to say, is it not, that he
21   would ask you if you needed anything on a regular basis
22   and if you did, you would tell him?
23       A    Yes.
24       Q    And once or twice a month you would
25   receive -- at one point he bought you groceries in your
```

1  sophomore year?
2      A    Yes.
3      Q    And once or twice a month he would give you
4  cash from between $200 to a thousand dollars during
5  1995?
6      A    Yes.
7      Q    And you would meet him to receive this cash
8  regularly off campus sometimes at McDonald's?
9      A    Yes.
10     Q    Now, did you ever receive any payments from
11 ProServ or anybody representing ProServ of any type
12 prior to their signing you?
13     A    No.
14     Q    Did you ever receive any gifts of any kind
15 from ProServ or representatives of ProServ prior to
16 their signing you?
17     A    No.
18     Q    Did you answer because the tape skipped?
19     A    I said no.
20     Q    I'm sorry, sometimes I don't know if it's
21 happening on that end, but something skips and I can't
22 hear you.
23          Putting aside John Lounsbury and Attorney
24 Spears, did you ever receive any cash or gifts from any
25 other person who you thought might have wanted to be

1   Q   And you at that time, when you decided who to
2   put on the list, these names that you put on the list
3   were who you considered to be the serious contenders at
4   that time to become your agent. Correct?
5   A   Yes.
6   Q   In fact, just to be honest about this, once
7   Attorney Spears' name was not put on that list, in your
8   mind there was no realistic chance that he was going to
9   become your agent. Correct?
10  A   No.
11  Q   So in your mind after you had a discussion --
12  you had a discussion with Dave Glover and the people at
13  UMass and they had input into who you should put on the
14  list of agents to interview. Right?
15  A   Yes.
16  Q   And, in fact, one of the reasons you didn't
17  put Attorney Lounsbury on the list, we talked about
18  this before, was because you didn't trust him entirely
19  because he had been giving you gifts under the table.
20  Right?
21  A   Yes.
22  Q   And by this time you knew -- when you were
23  developing this list, you knew that Attorney Spears had
24  been giving you gifts as well. Correct?
25  A   Yes.

```
 1        A    I don't remember.
 2        Q    So you are not going to deny that he was at
 3   your mother's room with you after the game. It's going
 4   to be your testimony that you can't remember either
 5   way. Correct?
 6        A    I don't remember.
 7        Q    Who drove you home after the game?
 8        A    I don't remember.
 9        Q    Did Todd Glasco drive you home with
10   Salan Cisero?
11        A    I don't remember. It was a long time ago.
12        Q    Was Todd Glasco at the Final Four Tournament,
13   if you know?
14        A    I don't remember.
15        Q    Salan Cisero was there. Right?
16        A    I don't remember that either.
17        Q    Did your mother go to the game with a friend,
18   the Final Four game?
19        A    Yes.
20        Q    Who was -- what was the name of that friend?
21        A    I don't remember.
22        Q    So you paid Lounsbury back his money because
23   I think basically you felt that you -- that was the
24   thing -- that was the thing to do as a man and you felt
25   comfortable with doing that. Isn't that essentially
```

```
 1  why you paid him back?
 2       A    You know, through my counsel at the time,
 3  ProServ.
 4       Q    But I think that as you look back, do you
 5  still agree with the decision to pay him or do you
 6  think you got poor counsel?
 7       A    A little bit of both.
 8       Q    And you paid whatever fines UMass suffered
 9  because of your actions to UMass.  Correct?
10       A    Yes.
11       Q    In other words, they forfeited around
12  $160,000 or so that they received in tournament money
13  because of the -- and they forfeited their win in the
14  Final Four -- I mean their wins up to the Final Four
15  because of your actions, and you decided that was your
16  responsibility to pay them back for that.  Correct?
17       A    Yes.
18       Q    And that decision, I assume, you still feel
19  was correct?
20       A    Yes.
21       Q    I doubt you have any qualms about that
22  decision.  Right?
23       A    No, not at all.
24       Q    But you never paid -- you knew that Attorney
25  Spears had given substantial amounts of money to your
```