# EXHIBIT B

1    A    Yes.

2    Q    And in this meeting toward the end of May,

3 you told Attorney Spears that you hadn't made up your

4 mind on what you planned to do.  Correct?

5    A    Correct.

6    Q    Now, while you were there, is it fair to say

7 that you told Attorney Spears that Tamia and Boris

8 needed two stereos that they had seen at the Wiz store?

9    A    Yes.

10   Q    And is it also fair to say that at that point

11 in time you knew that you were just scamming Attorney

12 Spears because you had already signed with ProServ?  Is

13 that fair to say?

14   A    Yes.

15   Q    But it was your decision at that time, was it

16 not, to take Attorney Spears for one last time?

17   A    Yes.

18   Q    And he did, in fact, tell you that he would

19 get the stereos and call you back.  Did he not?

20   A    Yes.

21   Q    And three days later, he did beep -- there

22 was another -- he did beep Tamia again and told him

23 that he had the stereos and asked him to come over to

24 the house to get them.  Correct?

25   A    Yes.

```
 1       Q    And you -- Tamia and you drove over and
 2  walked in?
 3       A    Yes.
 4       Q    And it's your memory that you arrived at the
 5  same time?
 6       A    We came together, yes.
 7       Q    And you already saw in there Attorney Spears
 8  and Todd Glasco, correct, in his home?
 9       A    Yes.
10       Q    And, again, this was a meeting that took
11  place, as far as you know, around the middle of May of
12  '96?
13       A    Yes.
14            MR. NOONAN:  Well, actually it says
15            three days after the meeting around the end
16            of May.  So I think this is actually the end
17            of May.  If you look at the previous
18            paragraph, the previous meeting says around
19            the end of May.  Then it says three days
20            later.
21  BY MR. JAFFE:
22       Q    So this occurred sometime toward the middle
23  or end of May, three days after the prior meeting we
24  talked about, as far as you know?
25       A    Yes.
```

```
 1      Q    Why were you surprised -- were you surprised
 2   to see Todd Glasco there?
 3      A    Yes.
 4      Q    Why is that?
 5      A    Just surprised to see him.
 6      Q    Did you know that he knew Attorney Spears
 7   before that day?
 8      A    No.
 9      Q    And did Attorney Spears at that point tell
10   you, essentially, that he knew you were scamming him,
11   that you didn't intend to sign him as an agent?
12      A    Yes.
13      Q    And you didn't deny that, did you, at that
14   meeting?
15      A    I didn't say anything.
16      Q    Did you have kind of, like, your head in your
17   hands?
18      A    I just had my head down just listening.
19      Q    Well, was this meeting upsetting to you?
20      A    It wasn't upsetting.  Just, you know, he was
21   upset.
22      Q    Were you worried that this could jeopardize
23   your basketball standing in some way or hurt the
24   university?
25      A    The university, yes.
```