UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEY S. SPEARS | : | NO.: 3:02-CV-661 (RNC) |
| V. | : | |
| MARCUS CAMBY | : | AUGUST 1, 2005 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of **Sally A. Roberts** as counsel for the plaintiff, **Wesley S. Spears** in addition to the appearance of **David K. Jaffe** of this firm already on file.

                                      **Plaintiff, Wesley S. Spears**

                                      By: _Sally A Roberts_
                                           Sally A. Roberts
                                           Federal Bar No. ct24828
                                           Brown Paindiris & Scott, LLP
                                           100 Pearl Street, Suite 1100
                                           Hartford, CT 06103
                                           Ph: (860) 522-3343
                                           Fax: (860) 522-2490
                                           Email: sroberts@bpslawyers.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was hand delivered, or mailed, first class postage prepaid, on this 1st day of August, 2005 to the following:

Wesley S. Spears, Esq.
53 Russ Street
Hartford, CT 06106
*Plaintiff*

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
*Counsel for plaintiff, Wesley S. Spears*

Brock Thomas Dubin, Esq.
Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue, Durham & Noonan
Concept Park
741 Boston Post Road
Guilford, CT 06437
*Counsel for defendant, Marcus Camby*

_____
Sally A. Roberts